# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DESMOND A. RORERIC

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4078-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 12, 2000, in Broward county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense)

conspire to possess with intent to distribute cocaine and did possess with intent to distribute cocaine

in violation of Title 21 United States Code, Section(s) 846 and 841(a)(1)

I further state that I am a(n) DEA Special Agent and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

Signature of Complainant
Noble Harrison, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

April 13, 2000                                at   Ft. Lauderdale, Florida
Date                                               City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                 Signature of Judicial Officer

# **A F F I D A V I T**

I, Noble Harrison, being first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for the past five years. My responsibilities as a DEA Agent include the investigation of narcotics violations. As a DEA Agent, I have participated in numerous investigations involving the illegal trafficking of cocaine, heroin and marijuana in the United States.

2. The facts contained in this affidavit are based on my own personal knowledge, as well as observations and facts related to me by other law enforcement personnel as well as civilian personnel involved in this investigation.

3. On April 12, 2000, at approximately 3:30 p.m., Detective Robert Wolfkill, a member of the Broward County Domestic Interdiction Unit, at Fort Lauderdale-Hollywood International Airport, was advised by a Confidential Source that an individual identified as Desmond A. Roreric had just purchased a one-way airline ticket to Baltimore, Maryland with cash at the U.S. Airways ticket counter.

4. Detective Wolfkill immediately located Roreric in the U.S. Airways Terminal of Fort Lauderdale Airport. Detective Wolfkill and Detective Eric Pulskamp observed Roreric acting suspiciously. Roreric was pacing in a

nervous manner and was sweating profusely.  At this time, Detective James Wheatley arrived in the area with his canine "Quorola," who is trained in the detection of narcotics.  Upon noticing the canine, Roreric began to walk away.

    5.  Detectives Wolfkill and Pulskamp approached Roreric, identified themselves as police officers and conducted a consensual encounter with Roreric.  Roreric consented to a search of his bag and his person.  During this time, the canine "Quorola" alerted to Roreric's person and the bag that he was carrying.  A search of Roreric's person revealed two taped packages of a tan-colored rock-like substance concealed in Roreric's shoes, with one package being in each shoe.  A field test conducted on the substance found in the packages tested positive for the presence of cocaine.

    6.  Roreric was Mirandized by Detective Wolfkill and waived the same.  Roreric advised the Detectives that he was transporting cocaine to Maryland.  Roreric stated that he was transporting cocaine for Tony LNU, a multi-kilogram cocaine dealer, and that this was his third trip.  Roreric was advised by Tony LNU that on each trip he was to deliver cocaine to Mike LNU who lives in Baltimore.

    WHEREFORE, your affiant believes there is probable cause to assert that DESMOND A. RORERIC did knowingly and

2

intentionally conspire to possess with intent to distribute cocaine and possess with intent to distribute cocaine, in violation of Title 21, United States Code Sections 846 and 841(a)(1).

                FURTHER YOUR AFFIANT SAYETH NAUGHT.

~~DESMOND A. ROBERTS~~, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION
Noble Harrison

Sworn and subscribed to me
this ___13th___ day of April, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. _____

**UNITED STATES OF AMERICA**

vs.

**DESMOND A. RORERIC,**

      **Defendant**
_____/

## CRIMINAL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes __X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes __X__ No

3. Has AUSA Richard Scruggs had supervisory authority over, or otherwise participated in, this case?
____ Yes __X__ No

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

BY: _/s/ Kathleen Rice_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 100765
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida  33394
TEL (954)356-7255 ext. 3512
FAX (954)356-7336

N:\udd\krice\forms\indictments\complaint\coversheet.roreric

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BOND RECOMMENDATION

_____DESMOND A. RORERIC_____
**DEFENDANT**

_$25,000 CSB_ (Surety, Recognizance, Corp. Surety, Cash)
            (Jail)(On Bond) (Warrant)(Summons)
            (Marshal's Custody)

*Kathleen Rice* (signature)
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 100765

**Last Known Address:**
_____
_____
_____

**What Facility:**
_____
_____

**Agent(s):**
         __Noble Harrison, DEA_____
         (FBI)(SECRET SERVICE)(DEA)(CUSTOMS)(ATF)