## COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FT. LAUDERDALE

*Roreric*

| | | | |
|---|---|---|---|
| DEFT: | Desmond Roreic (J)# | CASE NO: | 00-4078-BSS |
| AUSA: | Kathleen Rice *present* | ATTNY: | |
| AGENT: | DEA | VIOL: | cocaine trafficking |
| PROCEEDING: | Initial Appearance | BOND REC: | 25,000 / 50,000 Corp. Surety / 100,000 PSB |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | *retained / pro se* |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

*D - advised of charges will try to hire an atty*

FILED by ___ D.C.
APR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | 4-17-00 | 11:00am | BSS |
| INQUIRY RE COUNSEL: | 4-17-00 | 11:00am | BSS |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 4-21-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 4-13-00   TIME: 11:00am   TAPE # 00-022 PG # 9

1983-2197