FILED by _____ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

99-4078-BSS

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # _____

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR_____
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
RORERIC, Desmond A., )
        Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 04/13/00    am/pm 8:30

(2) Language Spoken: English

(3) Offense(s) Charged: Conspiracy / PWD Crack Cocaine

(4) U.S. Citizen [ ] Yes [ ] No [ ] Unknown

(5) Date of Birth: 05/01/74

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/D Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks:

(8) Date: 04/13/00  (9) Arresting Officer: SA Nicole HARRISON
(10) Agency: DEA                           (954) 489-1550

(11) Comments: