# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Desmond Roreric (J)#     CASE NO: 00-4078-BSS

AUSA: Kathleen Rice /Rosenbaum    ATTNY: Smargon

AGENT: _____    VIOL: _____

PROCEEDING: Inquiry re counsel/ BOND hearing    BOND REC: 25,000 Corp + 100,000 PSB / APD mother co-sign

BOND HEARING HELD - yes/**no**    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

*1 - Sworn for counsel*

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:    4-21-00    11:00am    BSS
PTD/BOND HEARING:    4-21-00    11;00am    BSS
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 4-17-00    TIME: 11:00am    TAPE # 00-029    PG # 12

1268 - 1325
Recalled
00-029 - 1820-1856

SP