UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6100 CR-FERGUSON**

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**MAGISTRATE JUDGE SNOW**

UNITED STATES OF AMERICA,   )
                            )
           Plaintiff,       )
vs.                         )
                            )
DESMOND A. RORERIC,         )
                            )
           Defendant.       )
_____)



### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about April 12, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DESMOND A. RORERIC,**

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in



violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about April 12, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendant,

**DESMOND A. RORERIC**,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CR - FERGUSON**

PENALTY SHEET

Defendant's Name DESMOND A. RORERIC    Case No. 00-6100

===================================================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

**MAGISTRATE JUDGE SNOW**

21 U.S.C. § 846

**Max. Penalty:**    10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

===================================================================

Count #: 2

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 841(a)(1)

**Max. Penalty:**    10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

===================================================================

Count #.

**Max. Penalty:**
===================================================================

Count #:

**Max. Penalty:**
===================================================================

Count #:

**Max. Penalty:**
===================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CR-FERGUSON

UNITED STATES OF AMERICA            CASE NO. __00-6100__

v.                                  CERTIFICATE OF TRIAL ATTORNEY*

DESMOND A RORERIC                   Superseding Case Information:       MAGISTRATE JUDGE
                                                                             SNOW
Court Division: (Select One)        New Defendant(s)           ___ Yes  ___ No
                                    Number of New Defendants   _____
___ Miami      ___ Key West         Total number of counts     _____
 X  FTL        ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   ___NO___
   List language and/or dialect  _____

4. This case will take  _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)
   I    0 to 5 days         _X_              Petty         ____
   II   6 to 10 days        ___              Minor         ____
   III  11 to 20 days       ___              Misdem.       ____
   IV   21 to 60 days       ___              Felony         X
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)    _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)  ___YES___
   If yes:
   Magistrate Case No.           _00-4078-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    _4/12/00_
   Defendant(s) in state custody as of      _____
   Rule 20 from the  _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No   If yes, was it pending in the Central Region?  ___ Yes ___ No

                                    _____
                                    KATHLEEN RICE
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 100765

*Penalty Sheet(s) attached                                          REV.4/7/99