## COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Desmond Roreric (J)#  
CASE NO: ~~00-4078-BSS~~ 00-6100-CR-Ferguson

AUSA: Kathleen Rice /Bruce Brown  
ATTNY: FPD San Smargon present

AGENT: ___  
VIOL: ___

PROCEEDING: ~~Prelim~~/Arraignment/Bond Hearing  
BOND REC: ___

BOND HEARING HELD - yes/**no**  
COUNSEL APPOINTED: ___

___ BOND SET @ ___

FILED by ___ D.C.  
APR 21 2000  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Bond hrg. deferred until next week. FPD will notify Court

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___  
INQUIRY RE COUNSEL: ___  
PTD/BOND HEARING: ___  
PRELIM/ARRAIGN. OR REMOVAL: 5-9-00  11:00a.m.  BSS  
STATUS CONFERENCE: ___

DATE: 4-21-00   TIME: 11:00am   TAPE # 00-031   PG # ___

10