FILED by _____ D.C.
APR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6100-CR-Ferguson

UNITED STATES OF AMERICA

vs
Desmond Roreric

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 4-21-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT:           Address: ___in Custody___

                     Telephone: _____

DEFENSE COUNSEL:     Name: ___FPD___

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $___Cont'd in custody___

Bond hearing held: yes____ no _X_  Bond hearing set for ___deferred___

Dated this __21__ day of __April__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. __00-031__

cc: Clerk for Judge
    U. S. Attorney