COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DESMOND A. RORERIC (J)          CASE NO: 00-6100-CR-FERGUSON
AUSA: KATHLEEN RICE - *pres*          ATTY: SAM SMARGON
AGENT:                                VIOL:
PROCEEDING STIPULATED BOND            RECOMMENDED BOND
BOND HEARING HELD - yes/no            COUNSEL APPOINTED
       BOND SET @ 150,000 PSB
       SPECIAL CONDITIONS:
1) To be cosigned by: *Anselm Brown w/in one week*
2) Rpt to PTS    / x's a (wk)/month by phone;   / x's a wk/(month) in person
3) Travel extended to: MD/FL

*Bond set — deft released*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 4-26-00   Time 11:00   FTL/LSS TAPE #00- 021   Begin: 1278   End: 1402

14