UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6100-cr-WDF

STYLE: USA v Roreric

DATE: 4/22/00

The Chambers of the Honorable _Snow_ has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

\_\_\_\_ Docket this document as a motion for _____.

\_\_\_\_ Docket this document as a response to the following motion: _____.

\_\_\_\_ Docket this document as an answer _____.

\_\_\_\_ Docket this document as _____.

\_\_\_\_ Docket this as an information matter only and file on the left side of the file.

✓ Other: Signature page on bond.

Signed: _____

Name: _____

Title: _____



CASE NO: 00-6100-CR-WDF

COUNTY OF                    )

STATE OF                     )

Being first duly sworn, I hereby state that I have been asked to sign a $ 150,000 personal surety bond on behalf of Desmond A. Rawric and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 26 day of April, 2000.

____D. Brown____
Name

____5003 Corley Rd____
Address

____Baltimore        M.D    21207____
City                State           Zip

Maryland DL
B-650-026-488-058

Sworn and subscribed before me this 26th day of April, 2000.

_____
NOTARY PUBLIC

My Commission Expires:

Alicia J. Payton
Commission # CC 856558
Expires Aug. 1, 2003
Bonded Thru
Atlantic Bonding Co., Inc.

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL  33301