DEFT: Desmond Roreric (no deft)  CASE NO: 00-6100-CR-Ferguson
AUSA: Kathleen Rice /Kaplan  ATTNY: FPD Farnsworth /s/ Smargon
AGENT:  VIOL:
PROCEEDING: Status Conference  BOND REC:
BOND HEARING HELD – yes/no  COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by _____ D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Discovery ord
no motions
Probable plea

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 5-9-00   TIME: 11:00am   TAPE # 00-033   PG # 8
1920-1950