UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6100-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

DESMOND RORERIC,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 9, 2000. At that conference, the parties informed the Court as follows:

1.     The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending.     The Government further represented that it is ready to proceed and that this matter would require one to two days to try.  The Government, however, informed the Court that this matter will probably be resolved by way of a change of plea.

2.     Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this ____ day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant