PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. Desmond Roreric         Docket No. 00-6100-CR-FERGUSON

Petition for Action on Conditions of Pretrial Release

COMES NOW Kathleen Shannon-Hunt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Desmond Roreric, who was placed under pretrial release supervision by the Honorable Lurana S. Snow sitting in the Court at Ft Lauderdale, on 4/26/00, under the following conditions:

Report to Pretrial Services one time a week by phone and one time a month in person and travel restricted to the Southern and Middle Districts of Florida..

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant was scheduled to report to the Pretrial Services office in the Middle District of Florida in person on June 5, 2000 and by phone on June 7, 2000 and failed to do so on both occasions. On June 9, 2000, Pretrial Officer Donna Wiebe made a home visit at the defendant's reported residence of 5940 Silver Star Road, Apt. 70, Orlando, FL. At that time leasing agent Nancy Leehan informed her that the defendant is not on the lease. Ms. Leehan also noted that she does not know the defendant and that to management's knowledge, he does not reside in their apartment complex. Attempts by Middle District of Florida Pretrial Officer Donna Wiebe to reach the defendant via phone, pager and home visit have been futile. The defendant's whereabouts remain unknown.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.

ORDER OF COURT                                    Respectfully,

Considered and ordered this 14th day
of June, 2000 and ordered filed and
made a part of the records in the above case.

_Kathleen Shannon-Hunt_

Kathleen Shannon-Hunt
U.S. Pretrial Services Officer
Place: Ft Lauderdale

_Lurana S. Snow_
U.S. Magistrate Judge

Date: June 12, 2000