**United States District Court**
**for the**
**Southern District of Florida**

United States of America
v
Desmond Roreric

Certified to be a true and correct copy of the document on file

By
Date

## WARRANT FOR ARREST
### Case Number: 00-6100-CR-FERGUSON

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Desmond Roreric__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

The defendant was scheduled to report to the Pretrial Services office in the Middle District of Florida in person on June 5, 2000 and by phone on June 7, 2000 and failed to do so on both occasions. On June 9, 2000, Pretrial Officer Donna Wiebe made a home visit at the defendant's reported residence of 5940 Silver Star Road, Apt. 70, Orlando, FL. At that time leasing agent Nancy Leehan informed her that the defendant is not on the lease. Ms. Leehan also noted that she does not know the defendant and that to management's knowledge, he does not reside in their apartment complex. Attempts by Middle District of Florida Pretrial Officer Donna Wiebe to reach the defendant via phone, pager and home visit have been futile. The defendant's whereabouts remain unknown.

in violation of Title __18__ United States Code, Section(s) __3148__

Kathleen Shannon-Hunt
Name of Issuing Officer

United States Pretrial Services Officer
Title of Issuing Officer

Kathleen Shannon-Hunt
Signature of Issuing Officer

June 12, 2000     Ft Lauderdale
Date and Location

Bail fixed at $ __Detention Requested__    by __Lurana S. Snow__
Name of Judicial Officer
Lurana S. Snow - U.S. Magistrate Jud

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |