UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.                               Case No. 00-6100-CR-FERGUSON

DESMOND RORERIC,

Defendant.

_____

### ORDER OF TRANSFER TO THE CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Desmond Roreric,#1 is apprehended.

DONE AND ORDERED at Miami, Florida, this 6TH day of July 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL

