CR 12 (Rev. 9/82)

# WARRANT FOR ARREST

United States District Court
**DISTRICT** SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>*55267-004*<br>DESMOND RORERIC, (J) 5526-004 | **DOCKET NO.** 00-6100-CR-WDF / **MAGISTRATE CASE NO.**<br><br>**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Desmond Roreric<br>5940 Silver Street, Apt 70<br>Orlando, Florida<br>Friend Phone # 407-291-3159 |

**WARRANT ISSUED ON THE BASIS OF:**
☒ Order of Court
☐ Indictment  ☐ Information  ☐ Complaint

**TO:** ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED AGENT

**DISTRICT OF ARREST**
MIDDLE DISTRICT OF FLORIDA
**CITY**
ORLANDO

FILED by ___ D.C.
DKTG
JUL 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR

*Troy T. Walker*
7/26/00

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 3148 |
|---|---|---|

**BAIL FIXED BY COURT**
NO BOND

**OTHER CONDITIONS OF RELEASE**

| **ORDERED BY**<br>WILKIE D. FERGUSON, JR.,<br>UNITED STATES DISTRICT JUDGE | **SIGNATURE JUDGE [1] U.S. MAGISTRATE** | **DATE**<br>7/25/00 |
|---|---|---|
| **CLERK OF COURT**<br>Clarence Maddox | **(BY) DEPUTY CLERK**<br>Troy T. Walker | **DATE ISSUED** |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record