

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-46

IN RE:

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to the Honorable Ursula Ungaro-Benages forthwith:

```
0:01CV7107      Regent Opticals Inc. v. Aspex Eyewear, Inc.
0:01CV7802      Wells v. Ritchie
0:02CV60614     Walker v. Town of Davie
0:02CV60831     Mozzella v. United States
0:02CV61097     Green Isle Partners v. Ritz-Carlton Hotel
0:02CV61294     Barrier Free Access v. Zaden
0:02CV61559     Joseph v. Dept. of Corrections
0:02CV61618     Salazar v. Big Lots Stores, Inc.
0:03CV60026     Alliance for ADA v. Genesis Capital Partners
0:03CV60085     Glickman v. Sears, Roebuck
0:03CV60273     Nicholas, et al. v. Conseco Life
0:03CV60445     Hirschhorn v. Avondale Funding.com
0:03CV60735     Ryszk v. Ocean Ritz Condo.
0:03CV60814     Arethusa Maritime v. M/Y Lady Kakthryn
1:97CV1447      Audi, A.G. v. Bank Audi (U.S.A.)
1:02CV21956     Velez v. United States
9:02CV80575     Dreher, et al. v. AAA Abachman
9:02CV80883     Kayajanian v. Unum Life Insurance
```

It is further **ORDERED** that the following criminal cases will be likewise transferred to Judge Ungaro-Benages forthwith:

```
✓0:00CR06100    United States v. Roreric
 0:00CR06153    United States v. McLennon, et al.
 0:02CR60199    United States v. Stettner, et al.
 0:02CR60200    United States v. Baxter
 0:03CR60086    United States v. Pomperant
```



```
1:96CR00905    United States v. Rodriguez-Zuluaga, et al.
1:97CR00054    United States v. Fainberg, et al.
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to Magistrate Judge Stephen T. Brown, who is paired with Judge Ungaro-Benages. Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Magistrate Judge Brown.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

c.  Judge Ursula Ungaro-Benages
    Magistrate Judge Lurana S. Snow
    Magistrate Judge Stephen T. Brown
    Clarence Maddox, Court Administrator • Clerk of Court
    All Counsel of Record