UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6100-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESMOND RORERIC,

    Defendant.
_____



## CERTIFICATION FOR TRANSFER

THIS CAUSE is before the Court upon the instructions of Administrative Order 2003-46 issued by William J. Zloch, Chief United States District Judge. The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause.

THEREFORE, the Clerk of the Court shall transfer this case to Stephen T. Brown, United States Magistrate Judge and ensure that counsel of record is noticed via the Court's Faxback program.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 29th day of May, 2003.

                                      LURANA S. SNOW
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Ursula Ungaro-Benages, United States District Judge (MIA)
Stephen T. Brown, United States Magistrate Judge (MIA)
AUSA Kathleen Rice (FTL)
AFPD Sam Smargon (FTL)
Pretrial Services (FTL)
U.S. Probation (FTL)