

FILED by _____ D.C.

SEP 1 9 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6100-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

               Plaintiff,

v.

DESMOND A. RORERIC,

               Defendant,

_____/

## ORDER REVOKING AND ESTREATING
## PERSONAL SURETY APPEARANCE BOND

THIS MATTER is before the Court on the United States' Motion for revocation and estreature of the personal surety appearance bond of defendant DESMOND A. RORERIC, in the sum of $150,000.00, and is amply supported by the records of this Court; therefore, it is

**ORDERED AND ADJUDGED** that the appearance bond of defendant DESMOND A. RORERIC in the sum of $150,000.00 is hereby revoked and estreated.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, FL 33301,

Florida, this _14_ day of September, 2003.


URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE


cc:
AUSA Robin Waugh-Farretta/Victoria Fallick
AUSA Elizabeth Stein
Desmond A. Roreric, 5940 Silver Street Road, Orlando, Fl 32808
AFPD Samuel Smargan, 1 East Broward Blvd., Ste. 1100, Ft.
Lauderdale, FL 33301

-2-