UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6100-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESMOND A. RORERIC,

    Defendant,
_____/



FILED by _____ D.C.
SEP 2 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**FINAL JUDGMENT OF FORFEITURE OF PERSONAL SURETY APPEARANCE BOND**

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bond against defendant DESMOND A. RORERIC. The United States seeks to forfeit the appearance bond posted with this Court in the sum of $150,000.00 as to the personal surety bond, and the Court having noted the previous revocation and estreature of said appearance bond, and having found no basis for exonerating or remitting the bond, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant DESMOND A. RORERIC, in the sum of $150,000.00 as to the personal surety bond, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bond shall be forthwith

transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bond, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 22 day of September, 2003.

URSULA UNGARO/BENAGES
UNITED STATES DISTRICT JUDGE

cc:

AUSA /Victoria Fallick
AUSA Elizabeth Stein
Desmond A. Roreric, 5940 Silver Street Road, Orlando, FL 32808
AFPD Samuel Smargon, 1 East Broward Blvd., Ste. 1100, Ft. Lauderdale, FL 33301